UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-00578-FDW-DSC

| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| NAGLE & ASSOCIATES, P.A. and CARL B NAGLE, | ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court *sua sponte* as to the parties' deadline to file their joint pretrial submissions in this case. The Court hereby ORDERS that the deadline shall be extended, and the parties' pretrial submissions shall now be due on Friday, March 4, 2022.

IT IS SO ORDERED.

Signed: February 25, 2022

Frank D. Whitney
United States District Judge